UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HII MISSION TECHNOLOGIES CORP, <br><br> Plaintiff, <br><br> v. <br><br> ASIRTEK FEDERAL SERVICES, LLC, <br><br> Defendant. | Case No. 1:24-cv-1885 |

## MOTION TO EXTEND DISCOVERY

Defendant ASIRTek Federal Services, LLC ("ASIRTek"), by and through its undersigned counsel, and pursuant to the Court's Rule 16(b) Scheduling Order (Dkt. 32), the Court's Pretrial Scheduling Order (Dkt. 20), and Fed. R. Civ. P. 6(b) respectfully moves the Court for an Order extending the deadline for fact discovery by 45 days. ASIRTek's counsel has conferred with opposing counsel, and Plaintiff HII Mission Technologies Corp. ("HII") does not consent to this Motion.

The extension is sought for the limited purpose of serving targeted written discovery and conducting up to two depositions based on newly produced documents that were disclosed by HII near the end of the discovery period. The requested extension is narrowly tailored and necessary to allow ASIRTek to pursue discovery addressing serious concerns reflected in the late-produced materials.

The reasons and legal support for this Motion are set forth more fully in the accompanying memorandum of law, which is being filed publicly in redacted form and filed under seal in accordance with Dkt. 27.

WHEREFORE, ASIRTek respectfully requests that the Court enter an Order extending the fact discovery deadline by 45 days for the limited purposes set forth above and granting such further relief as the Court deems just and proper.

Dated: May 8, 2025

GREENBERG TRAURIG, LLP

/s/David G. Barger
David G. Barger (VSB No. 21652)
Jeffrey Chiow (VBS No. 076597)
Robert W. Angle (VSB No. 90521)
Shirin Afsous (VSB No. 89999)
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Tel: (703) 749-1300
Fax: (703) 749-1301
Email: bargerd@gtlaw.com
jchiow@gtlaw.com
anglew@gtlaw.com
shirin.afsous@gtlaw.com

Counsel for ASIRTek Federal Services, LLC

## CERTIFICATE OF SERVICE

I certify that on this 8th day of May, 2025, a true and correct copy of the foregoing was filed electronically with the Court through the ECF filing system with notice being automatically provided to all those entitled to receive the same.

      /s/David G. Barger
      David G. Barger